1052

No. 99–6584. TENNER *v.* SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–6587. WHITE *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 99–6597. SOUN *v.* LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6607. PORTER *v.* DEPARTMENT OF LABOR, BENEFITS REVIEW BOARD, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6623. CHEW *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 99–6639. MARESCA *v.* IGNACIO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6641. LUKENS *v.* OREGON STATE OFFICE FOR SERVICES TO CHILDREN AND FAMILIES. Ct. App. Ore. Certiorari denied.

No. 99–6655. WILLIAMS ET UX. *v.* TSAKOPOULOS INVESTMENTS ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–6661. TEMPLETON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6683. HORNE *v.* COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–6700. HAWKS *v.* CLARK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6707. BAUMER *v.* MELTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6710. PRICE *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–6720. ODOM *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.